IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA | * | CASE NO. 1:23CR462-1 |
|---|---|---|
| Plaintiff | * | |
| -vs- | * | JUDGE BENITA PEARSON |
| MALACHI BERRY | * | |
| Defendant | * | MOTION FOR CONTINUANCE OF SENTENCING |
| * * * | | |

Now comes the Defendant, Malachi Berry, by and through undersigned counsel, and respectfully moves this Court for an order continuing the sentencing now scheduled for Thursday, January 16, 2025. For cause, undersigned counsel began a jury trial in *State of Ohio v. Sirvante Suggs*, Case No. CR 2023 12 4220A, before Judge Kelly McLaughlin in Summit County Common Pleas Court on January 6, 2025, and despite counsel's best efforts, closing argument and charge are now scheduled to begin on Thursday, January 16, 2025. Therefore, undersigned counsel is not available as presently scheduled herein.

Due to undersigned counsel's trial, counsel has been unable to communicate with the AUSA regarding potential new dates for sentencing. Counsel will do so and file a supplemental motion as soon as possible.

Respectfully submitted,

*/S/ JOHN W. GREVEN*
JOHN W. GREVEN #0063421
Attorney for Defendant
159 South Main Street, Suite 401
Akron, Ohio 44308
330-253-7171 - 330-253-7174 fax
burdon-merlitti@neo.rr.com

## PROOF OF SERVICE

      I hereby certify that on January 15, 2025, a copy of the foregoing Motion for Continuance of Sentencing was electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                                              */S/ JOHN W. GREVEN*
                                              JOHN W. GREVEN
                                              Attorney for Defendant